In the Matter of MARIE L. POLCHE, Respondent, v JOSEPH GUILLAUME POLCHE, Appellant. (Proceeding No. 1.) In the Matter of JOSEPH GUILLAUME POLCHE, Respondent, v MARIE L. POLCHE, Appellant. (Proceeding No. 2.) [932 NYS2d 361]—

The appeal must be dismissed, as no appeal lies from an order entered upon the consent of the appealing party (*see* CPLR 5511; *Matter of Walsh v Walsh*, 56 AD3d 568, 568-569 [2008]). Mastro, J.P., Dillon, Sgroi and Miller, JJ., concur.